| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLORADO |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SCC Partners Group, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2209458** |
| 4. | **Debtor's address** | **Principal place of business**  **680 Atchison Way, Suite 800**  **Castle Rock, CO 80109**  Number, Street, City, State & ZIP Code  **Douglas**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership  ☐ Other. Specify: _____ |

Debtor  **SCC Partners Group, LLC**                                    Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.
   ____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                                  Relationship to you _____
District _____  When _____                 Case number, if known _____

Debtor   **SCC Partners Group, LLC**              Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**   Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name       _____
         Phone              _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **SCC Partners Group, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 9, 2016**
MM / DD / YYYY

**X** **/s/ Steven H. Miller**                     **Steven H. Miller**
Signature of authorized representative of debtor        Printed name

Title  **Manager**

**18. Signature of attorney**

**X** **/s/ Kenneth J. Buechler**                     Date  **February 9, 2016**
Signature of attorney for debtor                MM / DD / YYYY

**Kenneth J. Buechler**
Printed name

**Buechler Law Office, L.L.C.**
Firm name

**1621 18th Street, Suite 260**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone  **720-381-0045**        Email address  **ken@kjblawoffice.com**

**30906**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | SCC Partners Group, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beattie, Chadwick & Houpt, LLP 932 Cooper Avenue Glenwood Springs, CO 81601 | | Attorney Fees | | | | $6,516.25 |
| Brad Rhodes & Associates, P.C. 5105 DTC Parkway, Ste. 450 Englewood, CO 80111 | | Accountant Fees | | | | $1,840.00 |
| Carol MacUmber 6373 East 135th Avenue Thornton, CO 80602 | | Option Contract (4940 Sweetwater Rd., Gymsum, CO 81637) | | | | $1,717.36 |
| Coulton Creek Capital, LLC 5613 DTC Parkway, #830 Greenwood Village, CO 80111 | | SDR Ventures Inc. Legal Fees | | | | $5,000.00 |
| Craig Dodd 3503 Soaring Eagle Lane Castle Rock, CO 80109 | | Consultant Moving Expenses | | | | $11,327.08 |
| Craig Dodd 3503 Soaring Eagle Lane Castle Rock, CO 80109 | | Consultant | | | | $158,799.92 |
| ERO Resources Corp. 1842 Clarkson Street Denver, CO 80218 | | Environmental Consultant | | | | $2,948.00 |

Debtor  **SCC Partners Group, LLC**              Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ken Tribbey** 6470 Perry Park Blvd. Larkspur, CO 80118 | | **Advance to SCCPG, LLC** | | | | $228,334.75 |
| **MidCities Company, LLC** 680 Stchison Way, Ste. 800 Castle Rock, CO 80109 | | **Advance to SCCPG, LLC** | | | | $6,794.52 |
| **MidCities Enterprises, LLC** 680 Stchison Way, Ste. 800 Castle Rock, CO 80109 | | **Management Fee** | | | | $1,936,936.95 |
| **MidCities Enterprises, LLC** 680 Stchison Way, Ste. 800 Castle Rock, CO 80109 | | **Accrued Interest - Management Fee** | | | | $207,036.00 |
| **MidCities Enterprises, LLC** 680 Stchison Way, Ste. 800 Castle Rock, CO 80109 | | **SCCPG, LLC Expenses** | | | | $40,719.05 |
| **MidCities Group, LLLP** 680 Stchison Way, Ste. 800 Castle Rock, CO 80109 | | **Management Fee** | | | | $1,452,989.60 |
| **MidCities Group, LLLP** 680 Stchison Way, Ste. 800 Castle Rock, CO 80109 | | **Accrued Interest** | | | | $340,473.00 |
| **MM&D Engineering & Surveying Services** 6901 S. Yosemite St., #201 Centennial, CO 80112 | | **Civil Engineer Consultant** | | | | $8,534.43 |
| **OIA Global** 1521 Francisco Street, Unit B Torrance, CA 90501 | | **Logistics/Freight Consultant** | | | | $13,018.29 |

Debtor **SCC Partners Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SEKO** **P.O. Box 71141** **Chicago, IL 60694** | | **Warehouse Storage** | | | | $2,040.00 |
| **Steven Miller** **229 Hidden Valley LN.** **Castle Rock, CO 80108** | | **Advance to SCCPG, LLC** | | | | $219,337.59 |

## United States Bankruptcy Court
### District of Colorado

In re **SCC Partners Group, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Meegan**<br>5850 E. Princeton Ave.<br>Englewood, CO 80111 | Series A | 5% | Limited Member |
| **Daniel B. Weinstein**<br>11241 W. 27th Place<br>Lakewood, CO 80215 | Series A | 1% | Limited Member |
| **Ethan T. Lovell**<br>1 Covington Drive<br>Englewood, CO 80113 | Series A | 1% | Limited Member |
| **MidCities 2 Ventures, LLC**<br>680 Atchison Way, Ste. 800<br>Castle Rock, CO 80109 | | 90.5% | General Member |
| **T's Up, LLC**<br>c/o Todd Mallon<br>1194 Diamond Circle<br>Lafayette, CO 80026 | Series A | 1.5% | Limited Member |
| **Vincent Paul DiFiglia, Jr.**<br>202 Walnut Street<br>Jenkintown, PA 19046 | Series A | 0.5% | Limited Member |
| **Warren Eugene Pizinger, Jr.**<br>6233 East Laguna Circle<br>Highlands Ranch, CO 80130 | Series A | 0.5% | Limited Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 9, 2016**

Signature **/s/ Steven H. Miller**
**Steven H. Miller**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Colorado

In re  **SCC Partners Group, LLC**　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 9, 2016**　　　　　　　/s/ **Steven H. Miller**
　　　　　　　　　　　　　　　　　　　　　**Steven H. Miller**/**Manager**
　　　　　　　　　　　　　　　　　　　　　Signer/Title